# O'HAGAN MEYER

### ATTORNEYS ▲ ADVISORS

Christopher M. Helsel
Direct: 703.775.8609
chelsel@ohaganmeyer.com

August 6, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**   *Daniel Graham, et al. v. Cha Cha Matcha, Inc., et al.,* **1:23-cv-09911**

Dear Judge Engelmayer,

      My office represents defendant Cha Cha Matcha, Inc. in the above-referenced litigation.[1] In accordance with Rule 1.E. of Your Honor's Individual Rules and Practices, I write upon consent of opposing counsel to request an extension of my client's time to answer the First Amended Complaint and a postponement of the Initial Pretrial Conference and related filing requirements.

      On July 25, 2024, the Court issued an Opinion & Order dismissing the First Amended Complaint's retaliation claims and all claims against defendant Jay Gujjar, and directing the remaining defendant, Cha Cha Matcha, Inc., to answer the First Amended Complaint by August 8, 2024. ECF Doc. No. 24. The same day, the Court issued an Order setting the Initial Pretrial Conference for September 5, 2024, with a Civil Case Management Plan and Scheduling Order and joint letter to be submitted by September 1, 2024. ECF Doc. No. 25.

      In recent weeks, the parties have been engaged in productive settlement discussions. We are now actively pursuing private mediation with the hopes of resolving this dispute without need for further Court intervention. In the interest of preserving costs that could be better directed towards a potential resolution, we ask that the Court postpone the deadline to answer, the Initial Pretrial Conference and the pre-conference submission deadlines by sixty (60) days. The new dates would be as follows:

           **Answer deadline:**            **October 7, 2024**
           **Pre-conference submissions:**    **October 31, 2024**
           **Initial Pretrial Conference:**     **November 4, 2024**

      This is the first request for adjournment or extension of time. Plaintiffs' counsel consents to the relief sought.

---

[1] We also represent defendant Jay Gujjar, who was dismissed by Order dated July 25, 2024 (ECF Doc. No. 24). Co-defendant Josip Drazenovich has not appeared and is not represented by our firm.

For the foregoing reasons, I respectfully request an extension of my client's time to answer the First Amended Complaint and a postponement of the Initial Pretrial Conference and related filing requirements, as set forth herein.

Respectfully Submitted,

Christopher Helsel

CC: All counsel of record (via ECF and email)